# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-25-00404-CV

---

### In re Doug Schwartz

---

### ORIGINAL PROCEEDING FROM TOM GREEN COUNTY

---

### M E M O R A N D U M   O P I N I O N

On June 10, 2025, relator Doug Schwartz, proceeding pro se, filed in this Court what he labeled an "Original Petition for Declaratory Relief, Writ of Mandamus, Damages, and Request for Expedited Discovery," which we construed as a petition for writ of mandamus. Upon receipt, this Court notified relator that we had rejected the filing in that it lacked, among other requirements, a date on the certificate of service, and we instructed relator to file, on or before June 13, 2025, an amended petition that complied with the applicable rules of appellate procedure. *See* Tex. R. App. P. 9.4, 9.5, 52.2, 52.3, 52.7. As of today's date, no amended petition has been filed. Accordingly, we dismiss the petition.

---

Gisela D. Triana, Justice

Before Justices Triana, Kelly, and Theofanis

Dismissed

Filed: August 21, 2025